IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


COREY DOUGLAS WHEATON,

      Appellant,

                                  Case No.  5D23-220
v.                              LT Case No. 16-1997-CF-8774-AXXX


STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 21, 2023

Appeal from Circuit Court
for Duval County,
Mark Borello, Judge.

Corey Douglas Wheaton, Madison, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS and JAY, JJ., concur.